NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHEESE SYSTEMS, INC.,**

*Plaintiff/Counterclaim Defendant-Appellant,*

**AND**

**CUSTOM FABRICATING AND REPAIR, INC.,**

*Counterclaim Defendant-Appellant,*

**v.**

**TETRA PAK CHEESE AND POWDER SYSTEMS, INC. AND TETRA LAVAL HOLDINGS & FINANCE S.A.,**

*Defendants/Counterclaimants-Appellees.*

---

2012-1463, -1501

---

Appeals from the United States District Court for the Western District of Wisconsin in case no. 11-CV-0021, Senior Judge Barbara B. Crabb

----------------------------------------------------------------

**CHEESE SYSTEMS, INC.,**

*Plaintiff/Counterclaim Defendant-Appellee,*

**AND**

**CUSTOM FABRICATING AND REPAIR, INC.,**

*Counterclaim Defendant-Appellee,*

v.

## TETRA PAK CHEESE AND POWDER SYSTEMS, INC. AND TETRA LAVAL HOLDINGS & FINANCE S.A.,

*Defendants/Counterclaimants-Appellants.*

---

2012-1502

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 11-CV-0021, Senior Judge Barbara B. Crabb.

---

## ON MOTION

---

## ORDER

Tetra Pak Cheese and Powder Systems, Inc. and Tetra Laval Holdings & Finance, SA move without opposition to withdraw their cross-appeal, no. 2012-1502.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2012-1502 is granted. The appeal is dismissed.

(2) Each side shall bear its own costs in 2012-1502.

(3) The revised official caption is reflected above.

FOR THE COURT

AUG 2 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: John P. Fredrickson, Esq.
Philip L. Hirschhorn, Esq.

s25

Issued As A Mandate (For 2012-1502 Only): AUG 2 0 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2012

JAN HORBALY
CLERK